UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                              )
                                    )
**NERBO, JEAN**                     )    Bankruptcy Case No. 16-80074 TML
                                    )    Chapter 7
                                    )
Debtor(s).                          )

---

### CERTIFICATE OF SERVICE

---

The undersigned certifies that on July 28, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

NERBO, JEAN
1105 W. NE SHORE DRIVE
MCHENRY, IL 60051

TIMOTHY BROWN
LAW OFFICE OF TIMOTHY BROWN
1520 CARLEMONT DRIVE, SUITE M
CRYSTAL LAKE, IL 60014
*(Via ECF Electronic Transmission)*

U.S. TRUSTEE'S OFFICE
780 REGENT ST., STE. 304
MADISON, WI 53715
*(Via ECF Electronic Transmission)*

Fifth Third Bank
PO Box 9013
Addison, TX 75001

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,PO Box 19008
Greenville, SC 29602

Midland Funding LLC
PO Box 2011
Warren, MI 48090


/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-0687
sbalsley@bslbv.com